```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/3/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
UNITED STATES OF AMERICA,

  -against-

ADAN MATOS,

  Defendant.
---------------------------------------------------------------x

Case No. 1:17-cr-00182-MKV

ORDER ON CONSENT DISMISSING ALLEGED VIOLATIONS OF SUPERVISED RELEASE AND AMENDING CONDITIONS OF SUPERVISION

In a petition dated October 20, 2021 ("the petition"), the Probation Department sought an arrest warrant for Defendant Adan Matos. The petition alleged that on October 19, 2021, Matos violated the conditions of his supervision by assaulting a police officer, resisting arrest, obstructing governmental administration, and criminally possessing a weapon. On October 22, Matos turned himself in to his Probation Officer, and was arrested, arraigned, and released.

Upon the joint application of the parties, who have reviewed additional evidence regarding the events giving rise to the foregoing charges, the allegations set forth in the petition are dismissed.

In addition, and also on consent, the conditions of Defendant's supervision are hereby modified to include a curfew from 9pm to 7am for a period of 90 days commencing on October 22, 2021, enforced by location monitoring. The stipulated basis for this amendment is certain noncompliant behavior by the Defendant unrelated to and prior to the events giving rise to the petition.

So Ordered.

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

DATED:   New York, New York
         November 3, 2021